IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERTA WHITE                                                                PLAINTIFF

v.                              No. 3:14-cv-311-DPM

ARKANSAS DEPARTMENT
OF HUMAN SERVICES and CINDY
ROWLETT, Area Director                                                   DEFENDANTS

JUDGMENT

White's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 November 2015