### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

ROBERTA WHITE                                                          PLAINTIFF

v.                                   No. 3:14-cv-311-DPM

ARKANSAS DEPARTMENT
OF HUMAN SERVICES and CINDY
ROWLETT, Area Director                                              DEFENDANTS

### ORDER

White's motions, № 21 & 22, are denied as moot. The Court has

dismissed White's complaint for lack of good service. № 19 & 20.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 November 2015