IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERTA WHITE                                                    PLAINTIFF

v.                              No. 3:14-cv-311-DPM

ARKANSAS DEPARTMENT
OF HUMAN SERVICES and CINDY
ROWLETT, Area Director                                          DEFENDANTS

## ORDER

The Court requests the Department and Rowlett to file a paper

indicating whether Brandon Adamson or Derrick Brashers were agents

authorized under the postal regulations to accept mail for the Department or

Rowlett in June 2015. The Court also would appreciate defendants addressing

whether the person who signed the November green card, № 25-6 at 3, was

such an agent. Response due by 24 February 2016.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
18 February 2016