IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERTA WHITE                                                                                  PLAINTIFF

v.                                           No. 3:14-cv-311-DPM

ARKANSAS DEPARTMENT
OF HUMAN SERVICES and CINDY
ROWLETT, Area Director                                                                  DEFENDANTS

ORDER

The Court appreciates the Department's response on postal authority. № 32. White's motion to reopen, № 24, is denied. She hasn't given the Court a good reason to set aside the Judgment and reopen this case. The closest ground for doing so on these facts is excusable neglect. FED. R. CIV. P. 60(b)(1). But White hasn't admitted any mistake. Despite the Court's Orders explaining why her service was defective and giving her more time to serve, she continues to insist that each defendant was served correctly and on time. They were not. № 14, 16, 19, 25-7 at 2–5 & 29 at 2. The Judgment therefore must stand. White's renewed motion for appointment of counsel, № 26, is denied without prejudice as moot.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 June 2016